# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JANIS TERISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | Docket No.: 2:12-cv-00318-JAW |
| NORTHSTAR LOCATION SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

JANIS TERISON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, NORTHSTAR LOCATION SERVICES, LLC (Defendant), in this case.

DATED:  February 11, 2013             RESPECTFULLY SUBMITTED,


                                      By: /s/ Douglas F. Jennings

                                      Douglas F. Jennings, Esq.
                                      Law Office of Douglas J. Jennings
                                      One Weston Court, Suite 103B
                                      Augusta, ME 04330
                                      dfjlaw@live.com
                                      (207) 623-1632
                                      Attorney for Plaintiff, Janis Terison

## CERTIFICATE OF SERVICE

1

I hereby certify that on February 11, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

>Linda M. Leising, Chief Compliance Officer
>THE NORTHSTAR COMPANIES
>4285 Genesee Street, Cheektowaga, NY 14225

>By: /s/ Douglas F. Jennings

>Douglas F. Jennings, Esq.
>Law Office of Douglas J. Jennings
>One Weston Court, Suite 103B
>Augusta, ME 04330
>dfjlaw@live.com
>(207) 623-1632
>Attorney for Plaintiff, Janis Terison